

# NUMBER 13-24-00440-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KRYSTAL JENNIFER RODRIGUEZ
AND YOLANDA VIVES,                                                    Appellants,

v.

RUBEN COMPIAN LARRAGA,                                              Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 10
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on appellants Krystal Jennifer Rodriguez and Yolanda Vives's "Unopposed Motion to Set Aside Trial Court's Final Judgment Without Regard to the Merits and Remand Case to Trial Court."

On July 25, 2025, this case was abated and referred to mediation. On October 30, 2025, a notice was sent "request[ing] that the appellants advise [the Court] of the results of mediation by Monday, November 3, 2025." A joint status report was filed and signed by the parties on October 31, 2025, informing the Court that "mediation was successful, and the parties are in the process of preparing the appropriate motion to dispose of the appeal."

On November 26, 2025, appellants filed a motion advising the Court that the parties have reached an agreement, "settling this matter and agreeing to remand this case to the trial court for entry of an Agreed Order of Dismissal with Prejudice." Appellants also advise that the parties agree that "all costs of the appeal will be taxed against the party incurring the same" and "request that the mandate be issued immediately." *See* TEX. R. APP. P. 18.01(c), 42.1(a)(2)(B).

We construe appellants' motion as a motion for voluntary dismissal of the appeal. *See id*. R. 42.1(a)(2)(B) (providing that, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk" we may "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement").

The Court, having considered the documents on file and appellants' unopposed motion, is of the opinion that the motion should be granted. *See id*. R. 42.1(a). We grant the motion, reinstate the case, vacate the June 7, 2024 order without regard to the merits, dismiss the appeal, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* R. 42.1(a)(2)(B); *see also Menard v. Cathey*, No. 13-23-00396-CV, 2024 WL 5087389, at *1 (Tex. App.—Corpus Christi–

2

Edinburg Dec. 12, 2024, no pet.) (mem. op.); *Estate of Steward*, No. 13-23-00162-CV, 2023 WL 5486230, at *1 (Tex. App.—Corpus Christi–Edinburg Aug. 24, 2023, no pet.) (mem. op.).

Additionally, and in accordance with the parties' agreement, costs are taxed against the party that incurred them. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. *See id.* R. 18.1(c).

CLARISSA SILVA
Justice

Delivered and filed on the
11th day of December, 2025.

3